UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
FAMEFLYNET,

                Plaintiff(s),

   -against-

IRISHCENTRAL,

                Defendant(s).
---------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

15 civ 23 (JGK)

To All Parties,

      You are directed to appear for a pretrial conference, to be held on **Monday, April 6, 2015,** in Courtroom 12B, at 4:30pm, in front of the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

For any further information, please contact the Court at (212) 805-0107.

Don Fletcher
Courtroom Case Manager

Dated: New York, New York
February 27, 2015

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/2015