UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAMEFLYNET, INC., NATIONAL PHOTO GROUP, LLC, and BWP MEDIA USA INC. d/b/a PACIFIC COAST NEWS,<br><br>                Plaintiffs,<br>   v.<br><br>IRISHCENTRAL, LLC,<br><br>                Defendant. | Civil Action No. 1:15-cv-00023-JGK<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that plaintiffs, FAMEFLYNET, INC., NATIONAL PHOTO GROUP, LLC, and BWP MEDIA USA INC. d/b/a PACIFIC COAST NEWS, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss all claims in this action with prejudice. The defendant, IRISHCENTRAL, LLC, has neither filed an answer nor a motion for summary judgment.

Dated: March 13, 2015

                                                      Respectfully submitted,

                                                      SANDERS LAW, PLLC

                                                    *___/s/ Craig B. Sanders_____*
                                                    Craig B. Sanders, Esq. (CS4163)
                                                    100 Garden City Plaza, Suite 500
                                                    Garden City, New York 11530
                                                    Telephone: (516) 203-7600
                                                    Facsimile:  (516) 281-7601
                                                    csanders@sanderslawpllc.com

                                                    *Attorneys for Plaintiffs*